ANTON STRITTMATTER, Respondent, v. THE TRUSTEES OF THE SAILORS SNUG HARBOR IN THE CITY OF NEW YORK, Appellant.— Motion for reargument denied,

with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.